# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NELIA VIRTUSIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., ET AL.<br><br>　　　　　　Defendant. | Case No. 12-cv-0602 NC<br><br>**ORDER RE MEET AND CONFER; BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 24 |

Defendant FINRA moves for a protective order or to quash certain depositions plaintiff noticed for January 14, 2013. Dkt. No. 24. The Court is not satisfied that the parties directly met and conferred to attempt to resolve this dispute and orders counsel for the parties to meet and confer in person or by telephone. *See* Civil L.R. 1-5(n).

The Court further orders plaintiff to file a response brief to defendant's motion by 5:00 p.m. on January 18, 2013. Plaintiff's response brief must detail the efforts the parties have taken to confer to resolve this dispute. No reply brief is permitted without leave of Court. The Court stays the January 14 depositions pending resolution of this dispute.

IT IS SO ORDERED.

DATED: January 14, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-0602 NC
ORDER RE MEET AND CONFER