UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NELIA VIRTUSIO,

    Plaintiff,

    v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,

    Defendant.

Case No. 12-cv-00602 NC

**ORDER AWARDING REDUCED ATTORNEY'S FEES TO FINRA**

The Court reconsiders the reasonable attorney's fees payable from plaintiff Nelia Virtusio to defendant FINRA. FINRA prevailed on summary judgment and sought recovery of its attorney's fees under California Labor Code § 218.5. Initially this Court awarded FINRA $74,187.74 in fees, finding the award of fees was mandated by statute and the time and rate charged by FINRA's attorneys was mostly reasonable. Dkt. No. 81.

On appeal, the Ninth Circuit Court of Appeals affirmed the summary judgment order and affirmed an award of attorney's fees to FINRA. But the Court of Appeals reversed and remanded with an instruction to reconsider the appropriate amount of the attorney's fees in light of Virtusio's ability to pay. "Refusing to consider whether a claimant such as Virtusio is able to pay would discourage suits by employees who are wrongfully refused disability benefits." Dkt. No. 88 at 3-4.

On remand, Virtusio submitted a financial declaration, FINRA deposed her, and the parties filed briefs focused on Virtusio's ability to pay. Dkt. Nos. 98, 101, 102. Virtusio

Case No. 12-cv-00602 NC

proposes that the fee award be reduced to $100 because she is indigent and disabled. FINRA, on the other hand, requests that the Court sustain the $74,187.74 award, arguing that if Virtusio reduced her living expenses she would be able to pay the full amount.

Having considered all the information provided about Virtusio's ability to pay, the Court finds that the appropriate fee award is $500. Both Ms. Virtusio and her husband are disabled and together have a fixed monthly income of $6,693.17. The Virtusios filed for personal bankruptcy in 2009. As of October 30, 2015, the Virtusios had bank accounts with balances of less than $2,000; Ms. Virtusio had an IRA retirement account with a balance of approximately $11,000; the Virtusios had credit card debts of approximately $19,000; medical and dental debts totaling approximately $3,000; and educational loans for their college-age daughter with a principal balance of approximately $20,000. Dkt. No. 98.

On the other hand, FINRA points out that when one looks at the Virtusios' finances, they are spending beyond their means on discretionary expenses such as travel, cars, and entertainment. Particularly imprudent was a September 2015 vacation to Las Vegas where Ms. Virtusio gambled "a little bit." *See* deposition transcript at 46, Dkt. No. 102-2.

In sum, it appears that the Virtusios have only a minimal ability to pay FINRA's fees. Like many Americans, they appear to live month-to-month and owe more than they have saved. On reconsideration of its prior order, the Court orders Nelia Virtusio to pay FINRA's attorney's fees in the amount of $500 within 30 days of this order.

The Clerk of Court is ordered to close this dispute. The Court will retain jurisdiction solely to enforce this order.

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00602 NC                 2